**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 13-2505

———————

WILLIAM SCOTT DAVIS, II; J.F.D., c/o William S. Davis, II;
ESTATE OF WILLIAM SCOTT DAVIS, SR., Deceased,

Plaintiffs - Appellants,

v.

ALBERT J. SINGER; DANIELLE DOYLE; SYDNEY J. BATCH; BATCH
POORE AND WILLIAMS; MICHELE JAWORSKI SUAREZ; MELANIE A.
SHEKITA; MICHELLE SAVAGE; ERIC CRAIG CHASSE; LISA SELLERS;
CHARLOTTE MITCHELL; WENDY KIRWAN; SONJI CARLTON; NANCEY
BERSON; SUSAN GARVEY, Doctor; ROBERT RADAR; MARGARET EAGLES;
RICHARD CROUTHARMEL; WAKE COUNTY GOVERNMENT,

Defendants - Appellees.

———————

No. 13-2523

———————

WILLIAM SCOTT DAVIS, Jr.,

Plaintiff - Appellant,

v.

DEPARTMENT OF STATE; STATE OF NORTH CAROLINA; WAKE COUNTY
NORTH CAROLINA MUNICIPAL GOVERNMENT; TOWN OF CARY NORTH
CAROLINA; SOCIAL SECURITY ADMINISTRATION,

Defendants - Appellees.

———————

Appeals from the United States District Court for the Eastern District of Virginia, at Newport News. Rebecca Beach Smith, Chief District Judge. (4:13-cv-00007-RBS-DEM; 4:13-cv-00058-RBS-DEM)

---

Submitted: March 14, 2014          Decided: March 20, 2014

---

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

William Scott Davis, II, Appellant Pro Se. James Nicholas Ellis, POYNER SPRUILL LLP, Rocky Mount, North Carolina; Caroline P. Mackie, Lisa Patterson Sumner, POYNER SPRUILL LLP, Raleigh, North Carolina; Sydney J. Batch, BATCH, POORE & WILLIAMS LLP, Raleigh, North Carolina; Elizabeth A. Martineau, MARTINEAU KING PLLC, Charlotte, North Carolina; Peter Andrew Teumer, ROBEY TEUMER & DRASH, Norfolk, Virginia; Joseph Tedford McFadden, Jr., RAWLS, MCNELIS & MITCHELL, Norfolk, Virginia; Ryan Michael Shuirman, YATES, MCLAMB & WEYHER, LLP, Raleigh, North Carolina; George Maralan Kelley, III, Assistant United States Attorney, Norfolk, Virginia; Roger A. Askew, WAKE COUNTY ATTORNEY'S OFFICE, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, William Scott Davis, Jr., seeks to appeal two orders of the district court issued in ongoing proceedings below. The orders in question ruled on a number of pending motions and deferred action on other motions. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The orders Davis seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeals for lack of jurisdiction.

We deny Davis' motions to file documents under seal for failure to comply with 4th Circuit Rule 25(c). We also deny Davis' motions to appoint counsel, motion for extension of time, motion for interlocutory order, motion for interlocutory appeal, motion to exceed the length limitations in his informal brief, motions for stay pending appeal, motion to expand a certificate of appealability, and all other pending motions.

We also note that Davis' excessive and lengthy electronic filings constitute an abuse of the court's electronic filing system and impair the efficiency of the court's operation. We advise Davis that further abuse of his electronic

3

filing status will result in limitations on his use and possible sanctions.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>DISMISSED</u>